Sileoni 98822
Po Box 51
Boise, ID 83707

United States District Court
For the District of Idaho

| Sileoni | |
|---|---|
| plaintiff | Case No. |
| vs | Prisoner Civil Right Complaint |
| director of CVCP | |
| defendant | |

## A. Jurisdiction

The United States District Court for the District of Idaho has jurisdiction over my claims under 42 U.S.C. § 1983. I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. Plaintiff

My name is Sileoni. I am a citizen of Argentina presently residing at IMSI prison.

1.

D. defendants

1. I am suing both derector of the Idaho industrial Commission Crime victims compensation program. who were acting as CVCP callection for the state of Idaho

2. I am complaining that on 2022, and since 2015, defendant did the following Canyon County court Judge order Restitution of $1,920.00, for me to pay for criminal case No. CR 2010 01583. I don't have a Job in prison to be able to pay and only get gift money from my immigrant mother. the CVCP case No. 3921 they have been taking 20% of every dollar that I ever have receive in my inmate trust account for the last 7 years.

3. I allege that the Act's describe above violated the following Provision of the Constitution federal statutes or state laws: Eight Amendment, Fift Amendment, Elevent Amendment, forteen Amendment.

4. I allege that I suffered the following injury or damages as a Result: I lost one thousand dollar and counting. I'm losing my Relation ship with my mother she don't want to send me any more money help. I have to go with out personal hygean a time or being abel to purcues evelope or a phone call to my family which is damaging me mentaly and emotionaly when I was in general population I had to proform oral sex on multiple male inmate so that in exchange they would buy me envelope and Hygean's I did this for a number of years.

5. I seek the following Relief from each and both defendant individualy
   monetery damage      $1.000
   nominal damage       $1.000
   punitive damage      $1.000
   compensatory damage  $1.000

If I cant get the money I want the federal court to stop the 20% money that is taken from my inmate account every time some one send me gift money. or for all the money that I owe on Restitution to be pay by imprisonment the parole and state of Idaho are making me do full term of 21 year by me being in prison for all this time should be more then enofe time for this Restitution to be pay by imprisonment.

2.

6. I am suing both in their personal and official capacity as well as A entity and government building

E. Request for appointment of Attorney Pro bono

F. declaration under penalty of perjury
   I declare under penalty of perjury
   that I am the plaintiff in this action that I have read the complaint and that the information contained in the complaint is true and correct
   28. U.S.C §1746 . 18 U.S.C §1621
   and that I gave this complaint to prison paralegal to filling with the Clerk of Court E-File 3-25-22

   Executed at IMSI Prison on 3-25-22

                                                    CMSilcon
                                                    Silconi Maximiliano